UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF | § | CASE NO: CR B-01-488 |
| | § | I.N.S. No. A-77524512 |
| | § | A-38608847 |
| ALLISON NOEL BOWEN | § | |
| | § | **IN REMOVAL PROCEEDINGS** |
| | § | |
| | § | |
| | § | |
| **PETITIONER.** | § | |

B-03-032

**MOTION TO SHOW CAUSE AND APPLICATION
FOR WAIVER OF DEPORTATION UNDER § 212 (c)**

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW ALLISON NOEL BOWEN ("PETITIONER") THROUGH PRO SE REPRESENTATION AND SUBMITS THIS HIS MOTION TO SHOW CAUSE AND APPLICATION FOR WAIVER OF DEPORTATION UNDER SECTION 212 (c) OF THE IMMIGRATION ACT, AND WOULD SHOW THIS HONORABLE COURT AS FOLLOW.

AT THIS TIME, PETITIONER WOULD LIKE TO INVOKE THE UNITED STATES SUPREME COURT DECISION ON **HAYNES VS. KERNER**, 404-U.S.- 30 L. Ed. 2d 519 (1975) WHEREIN THE COURT HELD THAT ALLEGATIONS OF A PRO-SE COMPLAINT TO LESS STRINGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY LAWYERS, AND WOULD RESPECTFULLY REQUEST THIS HONORABLE COURT TO CONSTRUE THIS APPLICATION LIBERALLY WHICH IS BASED ON THE NEW UNITED STATES SUPREME COURT DECISION IN I.N.S. VS.

<u>ST. CYR</u>, U.S. No. 00-763 DECIDED JUNE 25, 2001

## BACKGROUND

PETITIONER IS A 47 YEAR OLD MALE, NATIVE AND CITIZEN OF BELIZE. HE FIRST CAME TO THE UNITED STATES IN / OR ABOUT SEPTEMBER 1977 AND HE WAS LAWFUL GRANTED PERMANENT RESIDENT ON OR ABOUT JUNE OF 1984 TO THE UNITED STATES, UNDER EITHER § 245 A OR § 210 INA, AS A LAWFUL PERMANENT RESIDENT.

PETITIONER HAS AN IMMEDIATE FAMILY OF THREE SONS AGES 23, 18, AND 2. WHO ARE UNITED STATES CITIZENS.

ON 2-5-2001, PETITIONER WAS CONVICTED FOR A VIOLATION OF TITLE 8 U.S.C 1326(A) AND(b) WAS SENTENCED TO A TERM OF 46 MONTHS OF IMPRISONMENT.

PETITIONER WAS PLACED IN REMOVAL PROCEEDINGS BY THE ISSUANCE OF NOTICE TO APPEAR (N T A) PETITIONER WAS ADVISED OF HIS RIGHT TO BE REPRESENTED BY AN ATTORNEY OF HIS OWN CHARGE, AT HIS OWN EXPENSE, GIVEN A LIST OF FREE LEGAL SERVICES.

THE UNITED STATES SUPREME COURT RULED IN <u>**I. N. S. VS. ST. CYR**</u>, 533 – U.S. – 289 (2001) THAT ALIENS WHO WERE ELIGIBLE FOR A WAIVER UNDER § 212 (c) AT THE TIME THEY PLED GUILTY TO THE OFFENSE WHICH RENDERED THEM DEPORTABLE, MAY NOW APPLY FOR THE WAIVER

IT IS CLEAR ON THE RECORD THE FACT THAT THIS PETITIONER IS

ELIGIBLE FOR A § 212 (c) WAIVER SINCE AT THE TIME THAT HE COMMITTED THE OFFENSE, THE ACT HAD NOT BEEN AMENDED BY THE ANTITERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996 (A E D P A)

THE SUPREME COURT ALSO STATED THAT THE I I R I R A'S ELIMINATION OF ANY POSSIBILITY OF § 212 (c) RELIEF FOR PEOPLE WHO ENTERED INTO PLEA AGREEMENTS WITH THE EXPECTATION THAT THEY WOULD BE ELIGIBLE FOR SUCH RELIEF CLEARLY ATTACHES A NEW DISABILITY WITH RESPECT TO TRANSACTIONS OR CONSIDERATIONS ALREADY PAST. IT CONTINUED THAT GIVEN THE FREQUENCY WITH WHICH § 212 (c) RELIEF WAS GRANTED. IN THE PAST IT WOULD OFFERED ESTABLISHED CONSIDERATIONS AT FAIR NOTICE REASONABLE RELIANCE AND SETTLE EXPECTATIONS TO HOLD THAT THE I. I. R I. R, A 'S SUBSEQUENT RESTRICTIONS DEPRIVE THEM OF ANY POSSIBILITY OF SUCH RELIEF

PRIOR TO 1996 AN ALIEN WHO WAS DETERMINED TO BE DEPORTABLE COULD APPLY TO THE ATTORNEY GENERAL FOR A WAIVER OF DEPORTATION UNDER § 212 (c) OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S C. § 1182 (c)) AND MORE THAN HALF OF THE ALIENS WHO APPLIED FOR SUCH DISCRETIONARY RELIEF WERE GRANTED WAIVERS.

IN ST. CYR IT WAS HELD THAT IMMIGRANTS DO NOT FACE AUTOMATIC DEPORTATION. WITH NO RIGHTS OF JUDICIAL REVIEW BUT CAN STILL SEEK EXEMPTIONS UNDER THE OLD RULES.

THERE COULD BE NO QUESTION THAT PETITIONER REALLY FALLS

WITHIN THE SAME CIRCUMSTANCES OF ST. CYR. THEREFORE PETITIONER RESPECTFULLY REQUEST THIS HONORABLE COURT TO TAKE INTO CONSIDERATION WHILE MAKING A FINAL DETERMINATION CONSIDERING THE FACTORS SET FORTH ON **I. N. S. VS. ST. CYR**, 533 – U S – 289 (2001)

## CONCLUSION

FOR THE FOREGOING REASONS PETITIONER PRAYS THAT THIS HONORABLE COURT WOULD GRANT THE RELIEF HEREIN REQUESTED AND/OR ANY OTHER RELIEF FOR WHICH THIS HONORABLE COURT MAY DEEM JUST AND PROPER.

ON THIS _23, DAY OF THIS MONTH OF _JANUARY, OF THIS YEAR 2003.

RESPECTFULLY SUBMITTED.

_____
ALLISON NOEL BOWEN
REG. NUMBER: 11501-179
BIG SPRING CORRECTIONAL CENTER
FLIGHTLINE UNIT
2001 RICKABAUGH DR
BIG SPRING, TEXAS 79720