UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLISON NOEL BOWEN,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-03-032 |
| | § | CRIMINAL NO. B-01-488 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor.

This Court will construe Petitioner's "Motion to Show Cause and Application for Waiver of Deportation under Section 212(c)" as an amendment to his motion to vacate under 28 U.S.C. Section 2255. The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Petition on or before June 9, 2003.

DONE at Brownsville, Texas, this 10th day of April, 2003.

Felix Recio
United States Magistrate Judge