5

United States District Court
Southern District of Texas
ENTERED

JUN 11 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ALLISON NOEL BOWEN, <br> Petitioner, | §<br>§<br>§ |
| v. | §<br>§ |
| UNITED STATES OF AMERICA, <br> Respondent. | §<br>§<br>§ |

CIVIL ACTION NO. B-03-032
CRIMINAL NO. B-01-488

## ORDER

Before the Court is Respondent's "Motion for Extension of Time" (Doc. # 4). Said

motion is hereby GRANTED, and the Government is now ORDERED to respond on or before

July 16, 2003.

DONE at Brownsville, Texas, this __10th__ day of June, 2003.


_____
Felix Recio
United States Magistrate Judge