IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLISON NOEL BOWEN, | § | |
| Defendant-Petitioner, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. B-03-032 |
| UNITED STATES OF AMERICA, | § | Criminal No. B-01-488 |
| Plaintiff-Respondent. | § | |

## MOTION FOR SECOND LEVEL EXTENSION OF TIME

The United States of America, by and through the United States Attorney for the Southern District of Texas, files this motion for second level extension of time for 7 days to answer Allison Noel Bowen's ("Bowen") Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 ("Petition to Vacate Under 28 U.S.C. § 2255") and his Motion to Show Cause and Application for Waiver of Deportation Under Section 212(c), construed as an amendment to his Petition to Vacate Under 28 U.S.C. § 2255 ("Amendment"). In support thereof, the United States would respectfully show the Court the following:

On June 10, 2003, United States Magistrate Judge Felix Recio signed an order granting the United States' motion for extension of time to file its answer to Bowen's Petition to Vacate Under 28 U.S.C. § 2255 and his Amendment no later than July 16, 2003. The court's order was entered on the following day.

Bowen claims his counsel rendered ineffective assistance by (1) failing to

argue for cultural assimilation; (2) failing to argue for a 2-year statutory maximum; (3) failing to argue that he had not re-entered the United States when he was apprehended at the border; and (4) failing to argue for a waiver of deportation under INA § 212(c) and *INS V. St. Cyr*, 533 U.S. 289 (2001). The United States has requested a statement or affidavit from Bowen's trial counsel with respect to the allegations of ineffective assistance of counsel. Once Bowen's trial counsel has furnished a statement or affidavit, the United States will be in a better position to respond to Bowen's Petition to Vacate Under 28 U.S.C. § 2255 and Amendment.

Additionally, the undersigned attorney has incurred a busy briefing schedule during this time period, including the filing of the following appellee briefs with the U.S. Fifth Circuit Court of Appeals: *U.S. v. Domingo Jimenez*, No. 02-41793; *U.S. v. Andre Mills*, No. 02-21237; *U.S. v. Christopher Iwuoha*, No. 02-21095; *U.S. v. Ernesto Herrera*, No. 03-40015; *U.S. v. Jesus Jorge Melhan*, No. 02-41794; *U.S. v. Benito Vasquez-de la Vega*, No. 02-41365; *U.S. v. Gerardo Barrios-Ricarte*, No. 02-41263; *U.S. v. Antonio Guzman-Lara*, No. 02-41649; and *U.S. v. Rocky Marciano-Esquivel*, No. 02-41590; as well as a response in opposition to a motion to suppress in *United States v. Neil Francis Babineaux*, Crim. No. H-02-309. This motion for extension of time is for a brief period, and is made in good faith, and not for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests this Court extend the government's time for filing a response in this matter for 30 days until July 9, 2003.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney

        _____ For:
        DAVID H. PECK
        Assistant U.S. Attorney
        910 Travis, Suite 1500
        P.O. Box 61129
        Houston, Texas 77208-1129
        713/567-9369
        So. Dist. TX ID No. 6295
        TX Bar Card No. 15701980

## CERTIFICATE OF SERVICE

I, David H. Peck, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been mailed on this day, June 9, 2003, via certified mail, return receipt requested to:

Allison Noel Bowen
Registration # 11501-179
Big Spring Correction Center
2001 Rickabaugh Drive
Big Spring, Texas 79720

*[signature]* for:
DAVID H. PECK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALLISON NOEL BOWEN,<br>   Defendant-Petitioner,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>   Plaintiff-Respondent. | §<br>§<br>§<br>§<br>§  Civil Action No. B-03-032<br>§  Criminal No. B-01-488<br>§<br>§ |

## ORDER

The United States' motion for a 30-day extension of time to file its answer to Allison Noel Bowen's Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 and his Motion to Show Cause and Application for Waiver of Deportation Under Section 212(c), construed as an amendment to his Petition to Vacate Under 28 U.S.C. § 2255, to and including **July 9, 2003**, is hereby GRANTED.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE