IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLISON NOEL BOWEN,<br>Defendant-Petitioner, | §<br>§<br>§ | |
| V. | §<br>§ | Civil Action No. B-03-032 |
| UNITED STATES OF AMERICA,<br>Plaintiff-Respondent. | §<br>§<br>§ | Criminal No. B-01-488 |

## ORDER

The United States' motion for a 30-day extension of time to file its answer to Allison Noel Bowen's Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 and his Motion to Show Cause and Application for Waiver of Deportation Under Section 212(c), construed as an amendment to his Petition to Vacate Under 28 U.S.C. § 2255, to and including ~~July~~ August **9, 2003**, is hereby GRANTED.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

July 11, 2003