IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLISON NOEL BOWEN, | § | |
| Defendant-Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. B-01-488 |
| Plaintiff-Respondent. | § | |
| (CIVIL ACTION NO. B-03-CV-032) | § | |

**UNITED STATES' MOTION FOR LEAVE TO FILE ANSWER TO
PETITIONER'S 28 U.S.C. § 2255 MOTION OUT OF TIME**

The United States of America, Plaintiff-Respondent, by the United States Attorney for the

Southern District of Texas, respectfully requests permission to file its answer to Allison Noel

Bowen's 28 U.S.C. § 2255 Motion out of time, and in support thereof states as follows:

The United States' answer to Allison Noel Bowen's 28 U.S.C. § 2255 Motion was due to be

filed with the Clerk's Office on August 9, 2003, on a second level extension.

The United States' answer was prepared in the Houston Office of the United States

Attorney's Office and sent by email to the Brownsville Office for filing with the Clerk's Office on

August 6, 2003. Through inadvertence and mistake no one in the Brownsville Office actually filed

the answer.

WHEREFORE, THE UNITED STATES respectfully requests permission to file its answer to Allison Noel Bowen's 28 U.S.C. § 2255 Motion out of time.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

David H. Peck
Assistant United States Attorney
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208-1129
(713) 567-9369
S.D. TX. ID No. 6295
TX Bar Card No. 15701980

## CERTIFICATE OF SERVICE

I, David H. Peck, Assistant United States Attorney, certify that a copy of this United States'

motion for leave to file answer to petitioner's 28 U.S.C. § 2255 motion out of time has been served

by placing it in the United States mail, postage prepaid, on August 19, 2003, addressed to:

Allison Noel Bowen, pro se
Registration No. 11501-179
Big Spring Correction Center
2001 Rickabaugh Drive
Big Spring, TX 79720

David H. Peck
Assistant United States Attorney