IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLISON NOEL BOWEN, | § | |
| Defendant-Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. B-01-488 |
| Plaintiff-Respondent. | § | |
| (CIVIL ACTION NO. B-03-CV-032) | § | |

## ORDER

It is hereby ORDERED that the United States' Motion for Leave to File Answer to Petitioner's 28 U.S.C. § 2255 Motion out of Time is GRANTED.

Signed at Brownsville, Texas on  21 August , 2003.

_____
FELIX RECIO
United States Magistrate Judge

```
CASE:      7:00-cv-00193
DOCUMENT:  88
DATE:      08/22/03

CLERK:     og
```

88

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| JUANA CORTES REYES, ET AL | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CIVIL ACTION NO: M-00-193 |
| | § | |
| DAGOBERTO AGUILAR, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED

### ORDER SETTING CONFERENCE

AUG 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A status conference will be held on:

   **OCTOBER 27, 2003 at 3:00 p.m**

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas  78520

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed *August 22*, 2003 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge