14

1

United States District Court
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CAB-03-32

| | | |
|---|---|---|
| ALLISON NOEL BOWEN, | § | CASE NO. CR-B-01-488 |
| MOVANT / PETITIONER, | § | MOTION TO VACATE, SET ASIDE |
| VS. | § | AND CORRECT SENTENCE |
| UNITED STATES OF AMERICA, | § | PURSUANT |
| | | TO 28 U.S.C § 2255 |

COMES NOW PETITIONER, ALLISON NOEL BOWEN, ACTING IN PROPRIA PERSONA, RESPECTFULLY MOVES THIS HONORABLE COURT TO VACATE, SET ASIDE AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255. THIS MOTION IS SUPPORT BY THE ATTACHED STATEMENTS AND AUTHORITIES.

RESPECTFULLY SUBMITTED THIS 28 DAY OF AUGUST, 2003

ALLISON NOEL BOWEN

REG. NO. 11501-179

INTERSTATE UNIT

1801 WEST I-20

BIG SPRING TEXAS 790720

2

## MR. ALLISON NOEL BOWEN
## FALSE ACCUSATION OF A SECOND DEPORTATION

THE STATE AND THE PROBATION OFFICER AT NO TIME PRESENT ANY RECORDS OF PETITIONER SECOND DEPORTATION, BECAUSE THERE IS NO SUCH RECORD. PETITIONER. MR. BOWEN THROUGH HIS TRIAL COUNSEL OBJECTED AND REPEATEDLY ASK FOR SUCH A RECORD, BUT WAS NEVER GIVEN ONE.

ROUND ABOUT, OCTOBER 4, 2000. PETITIONER MR. ALLISON NOEL BOWEN ENTER DALLAS TEXAS AIRPORT BY A FLIGHT FROM MEXICO, AFTER A BRIEF INSPECTION WAS CONDUCTED THE OFFICER DENIED MR. BOWEN ENTRY TO THE UNITED STATES. THE OFFICER STATED A STAMPING ERROR THAT'S IN PETITIONER PASSPORT WAS THE CAUSE FOR THE DENIAL TO ENTER THE UNITED STATES. PETITIONER WAS THEN DETAINED, (NOT ARRESTED ACCORDING TO THE OFFICERS). UNTIL THE BELIZE AIRPORT WAS REOPEN FROM A HURRICANE THAT HAD HIT THE COUNTRY OF BELIZE, CAUSING THE BELIZE AIRPORT TO CLOSE DOWN. PETITIONER MR. ALLISON NOEL BOWEN, AT NO TIME WHILE DETAINED, AT DALLAS AIRPORT, WAS NEVER TAKEN TO COURT. TO SEE A HONORABLE JUDGE, NOR DID PETITIONER EVER TOLD THAT HE WAS BEING DEPORTED.

PETITIONER, MR. ALLISON NOEL BOWEN WITH ALL FAIRNESS, RESPECTFULLY PRAYS, BEG AND ASK THE COURT TO PLEASE SUBPOENA MY RECORDS FROM DALLAS TEXAS AIRPORT, PORT OF ENTRY, FOR THE DATE OF OCTOBER 4, 2000. THE RECORDS OF THE DATE AND TIME IN QUESTION IN WHICH THE COURT WILL FIND THAT THE STATE ATTORNEY AND PROBATION OFFICER DID NOT ONLY LIE BUT MISLEAD THE COURT, ON A SECOND FALSE DEPORTATION, SO THAT PETITIONER CRIMINAL HISTORY CATEGORY COULD BE ENHANCE.

PETITIONER HAS REQUESTED THE RECORDS OF THE DATE IN QUESTION (OCTOBER 4, 2000.) FROM THE I.N.S. AS SOON AS PETITIONER RECEIVES THE RECORDS HE WILL FORWARD IT TO THE COURT.

## SUPPLEMENT TO MOTION TO VACATE, SET ASIDE, AND CORRECT SENTENCE, PURSUANT TO 28 U.S.C § 2255

### OCTOBER 22, 2003.

PETITIONER ALLISON NOEL BOWEN. HAD REQUESTED, AND JUST RECEIVE HIS PASSPORT THAT WILL SHOW THAT PETITIONER WAS NEVER DEPORTED A SECOND TIME. THE CORRECT DATE OF MY ENTRY TO DALLAS TEXAS AT THE TIME IN QUESTION, IS SEPTEMBER 30, 2000. AT WHICH TIME MY VISA WAS MARKED CANCELLED, BECAUSE OF A STAMPING ERROR IN SAID PASSPORT, AND BECAUSE I AM A CITIZEN OF BELIZE AND FLY FROM MEXICO TO DALLAS. (A COPY OF MY PASSPORT IS ATTACHED TO THIS MOTION AS EXHIBIT 1).

ROUND ABOUT, SEPTEMBER 30, 2000. PETITIONER MR. ALLISON NOEL BOWEN ENTER DALLAS TEXAS AIRPORT BY A FLIGHT FROM MEXICO, AFTER A BRIEF INSPECTION WAS CONDUCTED THE OFFICER DENIED MR. BOWEN ENTRY TO THE UNITED STATES, THE OFFICER STATED A STAMPING ERROR THAT'S IN PETITIONER PASSPORT WAS THE CAUSE FOR THE DENIAL TO ENTER THE UNITED STATES. PETITIONER WAS THEN DETAINED, (NOT ARRESTED ACCORDING TO THE OFFICERS). UNTIL THE BELIZE AIRPORT WAS REOPEN FROM A HURRICANE THAT HAD HIT THE COUNTRY OF BELIZE, CAUSING THE BELIZE AIRPORT TO CLOSE DOWN. PETITIONER MR. ALLISON NOEL BOWEN, AT NO TIME WHILE DETAINED, AT DALLAS AIRPORT, WAS NEVER TAKEN TO COURT, TO SEE A HONORABLE JUDGE, NOR DID PETITIONER EVER TOLD THAT HE WAS BEING DEPORTED. PETITIONER, MR. ALLISON NOEL BOWEN WITH ALL FAIRNESS, RESPECTFULLY PRAYS, BEG AND ASK THE COURT TO PLEASE SUBPOENA MY RECORDS FROM DALLAS TEXAS AIRPORT, PORT OF ENTRY, FOR THE DATE OF OCTOBER 4, 2000. THE RECORDS OF THE DATE AND TIME IN QUESTION IN WHICH THE COURT WILL FIND THAT THE STATE ATTORNEY AND PROBATION OFFICER DID NOT ONLY LIE BUT MISLEAD THE COURT, ON A SECOND FALSE DEPORTATION, SO THAT PETITIONER CRIMINAL HISTORY CATEGORY COULD BE ENHANCE.

4

PETITIONER HAS REQUESTED THE RECORDS OF THE DATE IN QUESTION (OCTOBER 4, 2000.) FROM THE I.N.S. AS SOON AS PETITIONER RECEIVES THE RECORDS HE WILL FORWARD IT TO THE COURT.

PETITIONER HAS INDEED OBTAINED THE RECORD AND IS NOW SUBMITTING IT TO THE COURT AS PROMISE.

ALLISON NOEL BOWEN

PASSPORT # 0199664

VISA DATE ISSUED---- September 14, 1999

VISA DATE EXPIRED- September 13, 2009

A PHOTO COPY OF MY PASSPORT IS ATTACHED TO THIS MOTION.

CONCLUSION

FOR THE FORGOING REASONS, PETITIONER, ALLISON NOEL BOWEN, RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT PETITIONER. RELIEF HEREIN REQUESTED. PETITIONER PRAYS THAT THIS HONORABLE COURT WOULD GRANT THIS MOTION FOR THE BEST INTEREST OF JUSTICE.

EXECUTED THIS 22nd DAY OF SEPTEMBER 2003.

RESPECTFULLY SUBMITTED, ---- *A. Bowen* ----

ALLISON NOEL BOWEN

REG. NO. 11501-179

INTERSTATE UNIT

1801 WEST I-20

BIG SPRING TEXAS 79720.



A. Bowen



This passport contains 32 pages   *Ce passeport contient 32 pages*

# PASSPORT
### BELIZE



The Governor-General of Belize requests and requires all those to whom it may concern to allow the bearer to pass freely without let or hindrance, and to afford the bearer such assistance and protection as may be necessary.

No of passport
*No du passeport*    0199664

Name of bearer } MR. ALLISON NOEL
*Nom du titulaire* }              BOWEN.

Signature of bearer } A-Bowen
*Signature du titulaire* }

National status } CITIZEN OF BELIZE
*Nationalité* }

Attention is drawn to the notes on page 2 of this passport

2            NOTES

1. A passport is valid for ten years unless otherwise stated. A passport which is ten years old or has no further place for visas must be replaced by a new one.

2. The possession of a passport does not exempt the holder from compliance with any immigration regulations in force in any territory or from the necessity of obtaining a visa or permit where required.

3. A passport including particulars of the holder's spouse is not available for the spouse's use when he/she is travelling alone.

4. A passport issued to a person below the age of 16 years shall be valid for a period of five years and may be renewed for a further period of five years, free of cost, on the production of two recent photographs. Children who have reached the age of 16 years require their own passport.

5. **Registration Overseas** Belizean nationals resident or travelling overseas who are entitled to the protection of the Belize Government should contact the nearest Belizean Embassy, High Commission, Consulate or Honorary Consular Office to enquire about arrangements for registration of their names and addresses. Failure to do so may in an emergency result in difficulty or delay in according them assistance and protection

6. **Dual Nationality** Citizens of Belize who are also citizens of foreign countries cannot avail themselves of the protection of the representatives of Belize, against the authorities of that foreign country, and are not exempt by reason of possessing Belize Citizenship from any obligation (such as military service) to which they may be liable under foreign law

7. **Caution** This passport remains the property of the Government of Belize and may be withdrawn at any time. It should not be tampered with or passed on to any unauthorised person. Any case of loss or destruction should be immediately reported to the Immigration office in Belize City or at the border points, to the police or to any Belizean consular office or agency. Only after exhaustive enquiries can a replacement be issued in such circumstances. The passport of a deceased person should be submitted for cancellation to the nearest Belizean passport authority; it will be returned on request.

OBSERVATIONS      3



FEES PAID
R C R No. _16883_
DATE _27·7·97_

15 ABR. 2000   Cancun, Q. Roo

4              EMERGENCIES

The holder should insert below particulars of two relatives or friends who may be contacted in the event of accident:

*(Any amendment should be made on a slip of paper which the holder should affix over this space)*

Name/*Nom*                    Name/*Nom*

Address/*Adresse*             Address/*Adresse*








| 10 | VISAS | | VISAS | 11 |



PM#6
600164155

28 SET. 2000

EMBAJADA DE MEXICO
BELIZE, BELIZE



*[Photocopy of passport, rotated 90°. Readable fields:]*

**VALIDITY / VALIDITE**

This passport is valid for all countries unless otherwise endorsed (subject to any visa or other entry regulations of countries to be visited)

Ce passeport est valable pour tous pays, sauf mention spéciale (sous réserve des formalités de visas ou autres règlement d'entrée des divers pays)

This passport expires / Ce passeport expire le 26th July, 2009.
unless extended / à moins de prolongation

Date / Date

[Stamp: PASSPORT OFFICE BELIZE — JUL 27 1999]

32

**PASSPORT / PASSEPORT**

**BELIZE**

TYPE / TYPE: O
ISSUING STATE / PAYS EMETTEUR: BELIZE CITY
PASSPORT N° / DU PASSEPORT: 0179664

SURNAME / NOM: BOWEN
GIVEN NAMES / PRENOMS: ALLISON NOEL
NATIONALITY / NATIONALITE: BELIZEAN
DATE OF BIRTH / DATE DE NAISSANCE: 24TH DECEMBER, 1955
PLACE OF BIRTH / LIEU DE NAISSANCE: BELIZE DIST.
SEX / SEXE: M
DATE OF ISSUE / DATE DE DELIVRANCE: JULY 27, 1999
AUTHORITY / AUTORITE: [illegible]
DATE OF EXPIRY / DATE D'EXPIRATION: 26TH JULY, 2009
HEIGHT / TAILLE: 5'8"
PERSONAL N° / N° PERSONNEL: [illegible]

*[Signature:]* R. Bowen