UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
District of Texas
ERED

MAY 1 4 2004

..........by, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLISON NOEL BOWEN, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-03-032 |
| v. | § | (CRIMINAL NO. B-01-488) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the United States' Motion to Dismiss (Docket No. 9) is GRANTED and the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) and his Application for Waiver of Deportation Under §212(c) (Docket No. 2) are hereby DENIED.

DONE at Brownsville, Texas this 14 day of May, 2004.

Hilda Tagle
United States District Judge